UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLENN CARMACK, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13 CV 562 DDN |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**NUNC PRO TUNC ORDER**
**CORRECTING TEXT OF MEMORANDUM OPINION**

Upon motion of the court, to correct the inadvertent inclusion of irrelevant material in the text of the Memorandum opinion filed on June 10, 2014 (Doc. 28),

**IT IS HEREBY ORDERED** that the text of the Memorandum opinion filed in this action on June 10, 2014 (Doc. 28) be corrected, in that lines 1 through 4 on page 43 of the Memorandum opinion are hereby deleted.

_____
UNITED STATES MAGISTRATE JUDGE

Signed on June 13, 2014.